■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE CARRADERO, Appellant. [686 NYS2d 319] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 6, 1996 *(People v Carradero,* 227 AD2d 413), affirming a judgment of the Supreme Court, Kings County, rendered March 15, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Miller and Ritter, JJ., concur.